

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2016

No. 04-16-00284-CV

**TERRACON CONSULTANTS, INC.**,
Appellant

v.

**ROMA INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-14-289
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

This appeal is at issue before this court. One or more of the issues pending in this appeal are similar to the issues in *Bruington Eng'g, Ltd. v. Pedernal Energy, L.L.C.*, 456 S.W.3d 181, 189-90 (Tex. App.—San Antonio 2014, pet. granted) (*Bruington II*), which is currently pending before the Texas Supreme Court in Cause No. 15-0123. Because the Supreme Court's resolution of the *Bruington II* appeal may have an impact on the present cause, this court has determined that abating this appeal pending a decision by the Supreme Court will likely achieve the greatest judicial efficiency. Accordingly, this appeal is ABATED. For administrative purposes, this appeal will be treated as a closed case, unless and until appellant files a motion requesting its reinstatement following the Texas Supreme Court's resolution of the issue(s) in *Bruington II*.

It is so **ORDERED** on October 31, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court